IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| BRITTANY WILEY, CANDICE McCALL, KATHRYN WILSON, and ASHLEY GLORE, on behalf of themselves and all those similarly situated who consent to representation,<br><br>Plaintiffs,<br><br>v.<br><br>MELANIE LAWRENCE, BETHANIE EDMONDSON, VINCENT JENSEN, and SUMMIT THERAPEUTICS, LLC,<br><br>Defendants. | CIVIL ACTION NO.<br>2:24-cv-00170-RWS |

## NOTICE OF FILING EXHIBIT IN SUPPORT OF JOINT MOTION AND MEMORANDUM SEEKING APPROVAL OF THE PARTIES' STIPULATED SETTLEMENT AGREEMENT

Defendants Melanie Lawrence, Bethanie Edmondson, Vincent Jensen, and Summit Therapeutics, LLC ("Defendants" or "Summit, et al."), by and through undersigned counsel, submit Exhibit 1, *Settlement Agreement and Release of Claims*, referenced in the *Joint Motion and Memorandum Seeking Approval of the Parties' Stipulated Settlement Agreement* at Dkt. 29.

Respectfully submitted this 4th day of April, 2024.

/s/Edward N. Boehm, Jr.

                                                Edward N. Boehm, Jr.
                                                Georgia Bar No. 183411
                                                tboehm@fisherphillips.com
                                                Jack W. Stapleton
                                                Georgia Bar No. 368790
                                                jstapleton@fisherphillips.com

                                                FISHER & PHILLIPS LLP
                                                1230 Peachtree Street NE,
                                                Suite 3300
                                                Atlanta, GA 30309
                                                Tel:  404-231-1400
                                                Fax:  404-240-4249

                                                ATTORNEYS FOR DEFENDANT

FP 54419291.1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| BRITTANY WILEY, CANDICE McCALL, KATHRYN WILSON, and ASHLEY GLORE, on behalf of themselves and all those similarly situated who consent to representation,<br><br>Plaintiffs,<br><br>v.<br><br>MELANIE LAWRENCE, BETHANIE EDMONDSON, VINCENT JENSEN, and SUMMIT THERAPEUTICS, LLC,<br><br>Defendants. | CIVIL ACTION NO.<br>2:24-cv-00170-RWS |

## CERTIFICATE OF SERVICE

I further certify that, on April 4, 2025, I electronically filed this **NOTICE OF FILING EXHIBIT IN SUPPORT OF JOINT MOTION AND MEMORANDUM SEEKING APPROVAL OF THE PARTIES' STIPULATED SETTLEMENT AGREEMENT** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

K. Prabhaker Reddy
The Reddy Law Firm, P.C.
11175 Cicero Dr., Ste. 100

3

FP 54419291.1

                    Alpharetta, GA 30022
                    kpr@reddylaw.net

                                      */s/ Edward N. Boehm Jr.*
                                      Edward N. Boehm, Jr.

FP 54419291.1